**Order filed January 10, 2017.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-16-00968-CR

————————

### GUADALUPE  WALLY  RODRIGUEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

On Appeal from the 209th District Court
Harris County, Texas
Trial Court Cause No. 1481921

## ORDER

The clerk's record was filed January 4, 2017. Our review has determined that a relevant item has been omitted from the record. *See* Tex. R. App. P. 34.5(c). Accordingly, the Harris County District Clerk is directed to file a supplemental clerk's record on or before **January 20, 2017**, containing: **the judgment**.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record in each appeal containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM